**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 96-7731**

─────────

AHMED R. RUCKER,

                              Petitioner - Appellant,

        versus

EUGENE NUTH, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

                              Respondents - Appellees.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-94-3513-WMN)

─────────

Submitted:  July 24, 1997          Decided:  July 31, 1997

─────────

Before HAMILTON, LUTTIG, and MOTZ, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Ahmed R. Rucker, Appellant Pro Se. John Joseph Curran, Jr., Attor-
ney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (1994) (current version at 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997)), denying his motion for clarification, and denying his Fed. R. Civ. P. 59(e) motion to alter or amend the judgment We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Appellant's motion for a certificate of appealability, deny a certificate of probable cause to appeal, and dismiss the appeal on the reasoning of the district court. Rucker v. Nuth, No. CA-94-3513-WMN (D. Md. Oct. 17, 1996). See Lindh v. Murphy, 521 U.S. ___, 1997 WL 338568 (U.S. June 23, 1997) (No. 96-6298). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED